GEORGE ROBINSON V. THE STATE.

No. 22764. Delivered February 16, 1944.

The opinion states the case.

*H. A. C. Brummett* and *E. H. Boedeker*, both of Dickens, for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being five years in the penitentiary.

The indictment charges the offense. The record is before the court without statement of facts or bills of exception, save an exception reserved to the court's action in overruling appellant's motion for new trial. Nothing appears from the record which indicates that this was error.

The judgment is affirmed.